IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| IN RE: | |
|---|---|
| RONALD WAYNE PETTIT<br>Debtor | CASE NO. 20-41570 |

# WITNESS AND EXHIBIT LISTS OF RONALD WAYNE PETTIT
# FOR HEARING ON MOTION TO RECONSIDER AGREED ORDER ON EXEMPTIONS

## SET FOR MARCH 17, 2021

### WITNSS LIST

| WITNESS | DESCRIPTION |
|---|---|
| Mark Weisbart, Trustee | Trustee |
| Ronald W. Pettit | Debtor |
| Any witness listed by any other party. | |

### EXHIBIT LIST

| Exhibit | Description of Exhibit | Offered | Objection | Admitted |
|---|---|---|---|---|
| 1 | Deed Records of Denton County Texas (online) | | | |
| 2 | Denton Central Appraisal District Records (online) | | | |
| | | | | |
| | Any exhibit listed by any other party. | | | |

The Movant reserves the right to call such other witnesses and offer such other exhibits as may be proper for impeachment or rebuttal.

Respectfully Submitted,

LUSKY & ASSOCIATES, PC

*/s/ Herman A. Lusky*
Herman A. Lusky 12702000
5473 Blair Rd.
Dallas, TX 75231
Voice: 972-386-3900
Fax:   800-208-6389
Email: mail@lusky.com

## **Certificate of Service**

I certify that on the date filed, a true and correct copy of the above and foregoing was served upon.

| | |
|---|---|
| Mark A. Weisbart<br>THE LAW OFFICE OF MARK A WEISBART<br>12770 Coit Rd., Ste. 541<br>Dallas, TX 75251<br>Mark@weisbartlaw.net<br>Served by ECF | Geoff J. Henley<br>HENLEY & HENLEY, P.C.<br>2520 Fairmount, Ste. 200<br>Dallas, TX 75210<br>Via email: ghenley@henleylawpc.com |

*/s/ Herman A. Lusky*