IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RONALD WAYNE PETTIT, | § | Case No.: 20-41570 |
| | § | Chapter 7 |
| Debtor. | § | Honorable Brenda T. Rhoades |

**WITNESS AND EXHIBIT LIST OF OBJECTOR ANDREA WINDICH IN OPPOSITION TO TRUSTEE'S MOTION TO APPROVE EMPLOYMENT OF REALTOR**

**SET FOR MARCH 16, 2021**

**WITNESS LIST**

| WITNESS | DESCRIPTION |
|---|---|
| Andrea Windich | Objector/Spouse of Debtor |
| Any witness called by Movant | |
| | |

**EXHIBIT LIST**

| Exhibit | Offer | Objection | Admitted | Withdrawn/Denied |
|---|---|---|---|---|
| 1. Marriage License | | | | |
| 2. Closing Statement | | | | |
| 3. Cromwell CAD History | | | | |
| 4. Livorno CAD History | | | | |
| 5. Bank Statements | | | | |
| 6. Deed documents | | | | |
| Any exhibit listed by Movant | | | | |

Objector reserves the right to call any witnesses or offer other exhibits that are relevant for impeachment or rebuttal.

By: /s/ Geoff J. Henley
Geoff J. Henley
Texas Bar No. 00798253
ghenley@henleylawpc.com
**HENLEY & HENLEY, P.C.**
2520 Fairmount, Suite 200
Dallas, Texas 75219
Tel. (214) 821-0222
Fax. (214) 821-0124

**ATTORNEYS FOR OBJECTOR
ANDREA WINDICH**

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2021, I electronically submitted the foregoing document with the clerk of the court for the U.S. Bankruptcy Court for the Eastern District of Texas, Sherman Division, using the CM/EFC system which will send notification to all attorneys of record who are registered for electronic notice.

/s/ Geoff J. Henley
Geoff J. Henley