**"TRUSTEE - 16"**

# Archuleta County Assessor Data Site

Natalie Woodruff, P.O. Box 1089, Pagosa Springs, CO, 81147
(P) 970 264-8310 | (F) 970 264-8319 | (E) nwoodruff@archuletacounty.org

## Account Information

| | |
|---|---|
| Account: | R003466 |
| Parcel: | 569312101033 |
| Owner Name: | PETTIT RONALD W |
| Owner Address: | 2740 CROMWELL, THE COLONY, TX, 75056 |
| Property Address: | 421 SUMMIT TRAIL, PAGOSA SPRINGS |
| Legal: | Subdivision: ASPEN SPRINGS SUB 3 Block: 5 Lot: 17 AS 3   Sec: 12 Twn: 34 Rng: 3W |
| Tax Area: | 50A |
| Subdivision: | ASPEN SPRINGS SUB 3 |

## Sales Information

| Date | Deed Type | Doc Number | Grantor | Grantee | Amount |
|---|---|---|---|---|---|
| 05/29/1997 | WD | 97003318 | MOUNTAIN PROPERTIES INC | PETTIT RONALD W | 9,000 |
| 06/30/1994 | QD | 94004597 | ARCHULETA COUNTY | MOUNTAIN PROPERTIES INC | 9,800 |
| 08/24/1990 | SD | B306P285 | CARLTON FORREST R | ARCHULETA COUNTY | 10 |
| 12/01/1981 | WD | B186P264 | | CARLTON FORREST R | 2,000 |

## Taxable Values History

| Year | Land Actual | Imp Actual | Total Actual | Land Assessed | Imp Assessed | Total Assessed |
|---|---|---|---|---|---|---|
| 2020 | 11,250 | | 11,250 | 3,260 | | 3,260 |
| 2019 | 11,250 | | 11,250 | 3,260 | | 3,260 |
| 2018 | 10,460 | | 10,460 | 3,030 | | 3,030 |

## Property Details

| Model | Attribute Name | Attribute Value |
|---|---|---|
| LAND 0 | | |
| | ABSTRACT_CODE | VACANT RES LOTS |
| | LANDCODE | E3 ASPEN SPRINGS 3 |
| | ACTUALAREA | 1 |
| | AREA_ACRES | . |
| | UTILITY | W/E/SEPT |
| | ROAD | SUB GRAVEL |

**"TRUSTEE - 16"**