IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

IN RE:

RONALD WAYNE PETTIT
     Debtor.

CASE NO. 20-41570
Chapter 7

**WITHDRAWAL OF SECOND AMENDED MOTION TO RECONSIDER OR MODIFY AGREED ORDER MODIFYING ORDER ON TRUSTEE'S AMENDED OBJECTION TO CLAIMS**

TO THE HONORABLE BRENDA T. RHOADES, BANKRUPTCY JUDGE:

COMES NOW RONALD WAYNE PETTIT, and withdraws his SECOND AMENDED MOTION TO RECONSIDER OR MODIFY AGREED ORDER MODIFYING ORDER ON TRUSTEE'S AMENDED OBJECTION TO CLAIMS (Doc. No. 63) and the motions that it amended.

Respectfully Submitted,

LUSKY & ASSOCIATES, PC

*/s/ Herman A. Lusky*
Herman A. Lusky 12702000
5473 Blair Rd.
Dallas, TX 75231
Voice: 972-386-3900
Fax:   800-208-6389
Email: mail@lusky.com

<u>CERTIFICATE OF SERVICE</u>

I certify that on the date filed, a true and correct copy of above and foregoing was served upon the Chapter 7 Trustee, the United States Trustee, all parties requesting notice by ECF Notification System.

*/s/ Herman A. Lusky*