IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| IN RE: | Case No. 20-41570 |
|---|---|
| RONALD WAYNE PETTIT | Chapter 7 |
| Debtor | |

### ORDER REGARDING TRUSTEE'S MOTION TO APPROVE SALE OF PROPERTY

ON THIS DAY came on for consideration, the Motion to Approve Sale of Property (the "Motion") filed by Mark A. Weisbart, in his capacity as the duly appointed and acting Chapter 7 Trustee ("Trustee") for the bankruptcy estate of Ronald Wayne Pettit seeking authority to sell the bankruptcy estate's interest in the Property, as defined below.  After review and consideration of the Motion and the statements of counsel, the Court finds that the

Motion should be approved as set forth below:

ORDERED that the Trustee shall be and is hereby authorized to sell the bankruptcy estate's interest in real property located at 2740 Cromwell, Lewisville Texas 75056 (the "Property") to Andrea Windich pursuant to the Sale and Assignment Agreement attached to the Motion; it is further

ORDERED that the sale shall be subject to all liens, claims and encumbrances; it is further

ORDERED that the sale of the Property shall be "as is, where is," without any representations or warranties concerning the condition, use or suitability of the Property; it is further

ORDERED that the Trustee shall be and is hereby authorized to execute all documents necessary to consummate the sale of the Property; it is further

ORDERED that that the stay requirement of FED.R.BANKR.P. 6004(h) shall be and is

hereby waived.

    IT IS SO ORDERED.

Signed on 8/19/2021

_____ YM
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE